

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:08CR7HTW-LRA

WILLIAM ALLEN BOYER

## ORDER TO SEAL

The United States of America requests that the Indictment herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant. The undersigned and defense counsel need a reasonable time to arrange voluntary surrender of the defendant.

WHEREFORE, the United States requests that the Court SEAL the Indictment and Return, and this Motion and Order, pending the surrender of the Defendant.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By:  /s/ Glenda R. Haynes
GLENDA R. HAYNES
Assistant United States Attorney
MS Bar No. 2132

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as this Motion and Order to Seal.

SO ORDERED, this the 7 day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE