IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  Criminal No. 4:08cr7HTW-LRA

WILLIAM ALLEN BOYER

### ORDER TRANSFERRING CASE TO JUDGE DANIEL P. JORDAN, III

This matter having come before the Court on motion of the Government to transfer this indictment to District Judge Daniel P. Jordan, III and Magistrate Judge James C. Sumner.

IT IS THEREFORE ORDERED, that this case be reassigned to District Judge Daniel P. Jordan, III and Magistrate Judge James C. Sumner.

SO ORDERED, this the 9th day of July, 2008.

_____
HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE